UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Walter Cummings,　　　　　　　　　　　　　Case No. 06-14909

　　　　　Plaintiff,　　　　　　　　　　　　　DISTRICT JUDGE
　　　　　　　　　　　　　　　　　　　　　　ARTHUR J. TARNOW
v.
　　　　　　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE
Patricia L. Caruso, *et al.*,　　　　　　　　　　DONALD A. SCHEER

　　　　　Defendants.
　　　　　　　　　　　　　　　　　　　/

## **ORDER REMANDING CASE TO THE MAGISTRATE JUDGE**

　　　　In this Section 1983 prisoner civil rights action, a Report and Recommendation [DE 11] was filed on December 27, 2006, recommending that the Court dismiss the action on the basis of a failure to exhaust available administrative remedies. Plaintiff filed a timely objection.

　　　　Having reviewed and considered the Magistrate Judge's Report and Recommendation, Plaintiff's objections thereto, and the entire record of the matter, the Court finds insufficient basis for dismissal of Plaintiff's Complaint at this time, in light of the United States Supreme Court's January 22, 2007, decision in *Jones v. Bock*, — U.S. —, 127 S.Ct. 910 (2007).

　　　　Therefore, this case is REMANDED to the Magistrate Judge for further consideration in light of the Supreme Court's ruling.


　　　　SO ORDERED.


　　　　　　　　　　　　　　　　S/ARTHUR J. TARNOW
　　　　　　　　　　　　　　　　Arthur J. Tarnow
　　　　　　　　　　　　　　　　United States District Judge

Dated: June 1, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 1, 2007, by electronic and/or ordinary mail.

                                   S/THERESA E. TAYLOR
                                   Case Manager