# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

WALTER CUMMINGS,

       Plaintiff,                      Case No. 06-14909

v.                                     District Judge Arthur J. Tarnow
                                        Magistrate Judge Donald A. Scheer

PATRICIA CARUSO, *et al.*,

       Defendants.
_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [DE 26]

       Before the Court is Plaintiff's Motion for Summary Judgment [DE 26], filed May 8, 2007. On December 17, 2007, the Court filed an Order of assignment of counsel. To permit Plaintiff's appointed counsel to determine appropriate motion practice in this case,

       IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment [DE 26] is DENIED WITHOUT PREJUDICE.

       SO ORDERED.


                                                  S/ARTHUR J. TARNOW
                                                  Arthur J. Tarnow
                                                  United States District Judge

Dated: February 13, 2008

       I hereby certify that a copy of the foregoing document was served upon counsel of record on February 13, 2008, by electronic and/or ordinary mail.

                                                  S/THERESA E. TAYLOR
                                                  Case Manager